■ FRENKEL & CO., INC., Appellant, v JEFFREY HABER et al., Respondents.—Order, Supreme Court, New York County, entered on March 25, 1977, unanimously affirmed for the reasons stated by Hughes, J., at Special Term. Respondents shall recover of appellant one bill of $40 costs and disbursements of this appeal. Concur—Kupferman, J. P., Lupiano, Evans and Markewich, JJ.

■ SIMON SRYBNIK, Respondent, v SIDNEY HOROWITZ, Appellant.—Order and judgment, Supreme Court, New York County, entered, respectively, on October 31, 1976 and November 19, 1976, unanimously affirmed on the opinion of Culkin, J., at Special Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Lupiano, Evans and Markewich, JJ.

■ JEWELRY REALTY CORP., Respondent-Appellant, v 55 WEST 47 COMPANY, Appellant-Respondent.—Order and judgment (one paper), Supreme Court, New York County, entered on April 11, 1977, unanimously affirmed, without costs and without disbursements, for the reasons stated by Kirschenbaum, J., at Special Term. The appeal from the order entered on February 15, 1977 is unanimously dismissed as not separately appealable, without costs and without disbursements. (See *Dayon v Downe Communications,* 42 AD2d 889). Concur—Birns, J. P., Evans, Capozzoli and Markewich, JJ. [90 Misc 2d 407.]

## (June 30, 1977)

■ CAROL W. HAUSSAMEN et al., as Trustees of L. VICTOR WEIL, Deceased, Respondents-Appellants, v DIME SAVINGS BANK OF WILLIAMSBURGH, Appellant-Respondent.—Judgment, Supreme Court, New York County, entered on December 15, 1976, unanimously affirmed for the reasons stated by Sutton, J., at Special Term, without costs and without disbursements. Concur—Birns, J. P., Silverman, Evans, Lane and Yesawich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BEN BERKOWITZ, Appellant.—Judgment, Supreme Court, New York County, rendered on November 19, 1976, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Lupiano, J. P., Birns, Silverman and Capozzoli, JJ.

■ EDWIN LEE, Appellant, v SONESTA INTERNATIONAL HOTELS CORPORATION et al., Respondents.—Order, Supreme Court, New York County, entered on March 16, 1977, unanimously affirmed for the reasons stated by Ascione, J., at I.C. Part 5, without costs and without disbursements. Concur —Kupferman, J. P., Silverman, Evans and Lane, JJ.

■ In the Matter of GEORGIA ANTHROS et al., Appellants, v DEPARTMENT OF PERSONNEL OF THE CIVIL SERVICE COMMISSION OF THE CITY OF NEW YORK, Respondent.—Judgment, Supreme Court, New York County, entered on March 3, 1976, unanimously affirmed for the reasons stated by Gellinoff, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Silverman, Evans and Lane, JJ.